IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY ROMINE MINKLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>APPLE INC,<br><br>Defendant. | CASE NO. 5:13-CV-05332-EJD<br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on July 18, 2014. Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 33), the court has determined an appearance is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: July 14, 2014

EDWARD J. DAVILA
United States District Judge