**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY ROMINE MINKLER, inidividually and on behalf of all others similarly situated, | CASE NO. 5:13-cv-05332 EJD |
| Plaintiff(s), | **ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT** |
| v. | |
| APPLE, INC., | |
| Defendant(s). | |

Defendants' Motion to Dismiss having been granted with leave to amend on August 20, 2014 (see Docket Item No. 36), the deadline for Plaintiff to file an amended complaint is **September 19, 2014.**

**IT IS SO ORDERED.**

Dated: September 11, 2014

EDWARD J. DAVILA
United States District Judge